UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOREN W. KREUTNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:09-CV-5676-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 7, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including April 21, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by April 28, 2010.

DATED this 11th day of March 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5676-JRC]